# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Christian Robert Olson and Lynn Parson Olson | **Case No :** | **13–90258 – D – 13G** |
| | | **Date :** | 4/30/13 |
| | | **Time :** | 10:00 |

**Matter :**        [27] – Motion/Application to Value Collateral of Bank of America [BSH–2] Filed by Debtor Christian Robert Olson, Joint Debtor Lynn Parson Olson (mstm)

**Judge :**        Robert S. Bardwil
**Courtroom Deputy :**        Carlene Walker
**Reporter :**        NOT RECORDED
**Department :**        D

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the motion is granted as provided in this order. The secured claim of Bank of America, whose claim is secured by a junior deed of trust on the debtor(s) residence, is set at $0.00. The claim shall be treated as an unsecured claim in any Chapter 13 plan. No further relief will be afforded.

**Dated:** May 01, 2013

_Robert Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court